UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY CARR,<br>    Plaintiff,<br><br>vs.<br><br>TOWN OF BOURNE, by its Board of Selectmen;<br>CHIEF OF POLICE OF THE TOWN OF BOURNE;<br>POLICE OFFICER TIMOTHY DERBY;<br>POLICE OFFICE KYLE TRINGALI;<br>NEW ENGLAND SECURITY PROTECTIVE SERVICES<br>AGENCY, INC.; and JAMES GRACIE,<br>    Defendants. | C.A. No. _____ |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Bourne, Chief of Police of the Town of Bourne, Police Officer Timothy Derby, and Police Officer Kyle Tringali, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable, and for their Notice of Removal state as follows:

1. The petitioners are named as defendants by the plaintiff, Timothy Carr, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable, entitled <u>Timothy J. Carr v. Town of Bourne, *et al.*</u>, Barnstable Superior Court, C.A. No. 2172CV00261.  On October 18, 2021, the plaintiff served summonses with copies of the Complaint upon the defendants.  Copies of the Summonses and Complaint served are attached hereto as Exhibits "A" and "B," respectively.  The petitioners have not yet answered or otherwise

responded to said Summonses and Complaint, nor has an appearance been filed in the Superior Court on their behalf.

2.This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Barnstable and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.In Count I of his Complaint, the plaintiff alleges the defendants violated his rights as protected under the Fourth Amendment of the United States Constitution. To recover damages for such violation, the plaintiff brings this action under 42 U.S.C. § 1983.

4.Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5.The petitioners are filing this Notice of Removal within thirty (30) days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. § 1446.

6.The petitioners will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Barnstable.

7.Pursuant to Local Rule 81.1(a), the petitioner shall request of the Clerk of the Superior Court of Massachusetts, County of Barnstable, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

8.The co-defendants, New England Security Protective Services Agency, Inc., and James Gracie, consent to the removal of this action. 28 U.S.C. § 1446(b)(2)(A).

WHEREFORE, petitioners, Town of Bourne, Chief of Police of the Town of Bourne, Police Officer Timothy Derby, and Police Office Kyle Tringali, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Barnstable County be removed from that Court to this United States District Court.

>The Defendants,
>TOWN OF BOURNE, by its Board of Selectmen;
>CHIEF OF POLICE OF THE TOWN OF BOURNE;
>POLICE OFFICER TIMOTHY DERBY; and
>POLICE OFFICER KYLE TRINGALI,
>By their Attorneys,
>
>**PIERCE DAVIS & PERRITANO LLP**
>
>*/s/ John J. Davis*
>
>_____
>John J. Davis, BBO #115890
>10 Post Office Square, Suite 1100N
>Boston, MA 02109
>(617) 350-0950
>jdavis@piercedavis.com

Dated: November 8, 2021

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 8, 2021.

>*/s/ John J. Davis*
>_____
>John J. Davis, Esq.